JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| J.N., a Minor, by and through his Guardian Ad Litem, SONIA PATRICIA ROMERO<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, a Municipal Entity, DANNY WANG, M.D., DAVID OH, M.D., and DOES 1 through 100, Inclusive<br><br>Defendants. | CASE NO.: 2:20-CV-7116-SVW (MAAx)<br><br>*[Hon. Stephen V. Wilson]*<br><br>**ORDER TO REMAND THE CASE TO STATE COURT FOR LACK OF SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. § 1447.**<br><br>*[Concurrently Filed with Stipulation]*<br><br>Complaint Filed: June 23, 2020<br><br>Answer Filed: August 7, 2020<br><br>Removal Date: August 7, 2020<br><br>First Amended Complaint Filed: August 20, 2020<br><br>Trial Date: None Scheduled |

1
ORDER

## ORDER

Pursuant to the Stipulation of the Parties and Good Cause appearing, it is hereby ordered that this Action is remanded back to the Superior Court of the State of California, County of Los Angeles, Case No. 20STCV23768, and all matters currently scheduled in this federal action are taken off calendar. Defendants to submit a responsive pleading to the First Amended Complaint on or before September 21, 2020 in accordance with the California *Code of Civil Procedure* before the appropriate Court having jurisdiction over this matter at the time of filing.

Dated: August 25, 2020

**HON. STEPHEN V. WILSON**
Judge of the United States District Court
Central District of California